IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Glenn B | Case Number:  04 B 38715 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/12/08 | Filed:  10/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  May 30, 2008
Confirmed:  February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,613.82 | |
| Secured: | | 6,079.65 |
| Unsecured: | | 9,140.49 |
| Priority: | | 0.00 |
| Administrative: | | 2,440.00 |
| Trustee Fee: | | 953.04 |
| Other Funds: | | 0.64 |
| Totals: | 18,613.82 | 18,613.82 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,440.00 | 2,440.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 617.86 | 617.86 |
| 5. | Wells Fargo Home Mortgage | Secured | 5,461.79 | 5,461.79 |
| 6. | Sir Finance Corporation | Unsecured | 374.68 | 0.00 |
| 7. | Honda Finance Services | Unsecured | 4,735.77 | 4,735.77 |
| 8. | US Employees Credit Union | Unsecured | 2,919.98 | 2,919.98 |
| 9. | Cash To Go | Unsecured | 333.14 | 333.14 |
| 10. | American General Finance | Unsecured | 914.40 | 914.40 |
| 11. | Americash Loans, LLC | Unsecured | 237.20 | 237.20 |
| 12. | Schottler & Zukosky | Priority | | No Claim Filed |
| 13. | Americash Loans, LLC | Unsecured | | No Claim Filed |
| 14. | Bridgeport Auto Body | Unsecured | | No Claim Filed |
| 15. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 16. | Sams Club Credit | Unsecured | | No Claim Filed |
| 17. | University of Chicago | Unsecured | | No Claim Filed |
| 18. | University of Chicago | Unsecured | | No Claim Filed |
| 19. | US Employees Credit Union | Unsecured | | No Claim Filed |
| 20. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 21. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,034.82 | $ 17,660.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Davis, Glenn B

Printed:  8/12/08

Case Number:  04 B 38715
Judge:  Wedoff, Eugene R
Filed:  10/18/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 114.31 |
| 3% | 40.14 |
| 5.5% | 171.71 |
| 5% | 109.99 |
| 4.8% | 85.59 |
| 5.4% | 216.16 |
| 6.5% | 215.14 |
|  | _____ |
|  | $ 953.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

